IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY COLLIE

    Defendant.

DOCKET NO. 3:07 CR 60-W

**ORDER TO PAY WITNESS FEES**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the United States Marshal's Service pay witness fees to Victor Collie, Angela Hatchell, Sandi McMains, and Pura Morrison in the above titled case.

IT IS SO ORDERED.

Signed: September 28, 2007

*Frank D. Whitney*
Frank D. Whitney
United States District Judge