# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT OF ACQUITTAL |
| V. | |
| JOHN COLLIE | CASE NUMBER: 3:07CR60 |

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: June 1, 2011

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court